UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Albéa Alkmaar B.V.,

Plaintiff,

v.

Arminak & Associates, LLC,

Defendant.

Civil Action No. 1:15-cv-05069-PGG

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A) and 41(c), Plaintiff Albéa Alkmaar B.V. and

defendant Arminak & Associates LLC hereby dismiss all claims in this action WITH

PREJUDICE, with each party to bear its own costs, expenses, and attorneys' fees.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: 10/9/15

Joseph A. Calvaruso
Attorney for Plaintiff

Dated: 10/8/15

Spiro Bereveskos
Attorney for Defendant